JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Underwood**, | Case No. 2:16-cv-01583-SP |
| Plaintiff, | **Order re: Stipulation for Dismissal of Plaintiff's Complaint** |
| v. | |
| **Armen A. Kassabian, M.D., Inc.**; and Does 1-10, inclusive, | |
| Defendants. | |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party is to bear their own attorneys' fees and costs.

DATED:   October 14, 2016

_____

Hon. Sherri Pym
Unites States Magistrate Judge